# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARYLYN MARCIAL-DELIMA, : | |
| : | |
| Plaintiff, : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 16-2631 |
| EASTON DOUGHNUTS, *et al.*, : | |
| : | |
| Defendants. : | |

## ORDER

**AND NOW**, this *22nd* day of March, 2017, upon consideration of the defendants' Motion to Dismiss (Docket No. 9) and the plaintiff's Response in Opposition (Docket Nos. 11 and 12), it is hereby **ORDERED** that:

1. The defendants' motion to dismiss is **GRANTED** with respect to the plaintiff's hostile work environment claim in count one. The hostile work environment claim is **DISMISSED WITHOUT PREJUDICE**.

2. The defendants' motion to dismiss is **DENIED** in all other respects.

3. The plaintiff has twenty (20) days in which to file a second amended complaint.

It is so **ORDERED**.

BY THE COURT:

*/s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.